UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE FRANCO,

    Plaintiff,

  v.

CAPITAL ONE FINANCIAL CORP.,

    Defendant.

Case No.  26-cv-01450-SVK

**CASE MANAGEMENT ORDER**

This case came on for an Initial Case Management Conference on June 9, 2026, at which the Court issued the following orders and deadlines.

The Court refers the parties to the Court's mediation program.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case. A party may seek to enlarge the limits only upon a showing of good cause identifying the specific additional discovery requests or depositions the party seeks and the reasons for seeking the enlargement of the discovery limits.

| Scheduled Event | Date |
| --- | --- |
| Initial Disclosures completion | June 26, 2026 |
| Stipulated Protective Order and ESI Order, or disputes re same, to be filed | June 30, 2026 |
| Last Day to File Motion to Compel Arbitration (if applicable) | August 10, 2026 |
| Last Day to Move to Amend Pleadings | September 1, 2026 |
| ADR Completion | December 18, 2026 |
| Further Case Management Conference | January 19, 2027<br>Joint CMC Statement due January 12, 2027 |

United States District Court
Northern District of California

| Close of Fact Discovery | February 1, 2027 |
|---|---|
| Expert Disclosures | February 19, 2027 |
| Rebuttal Expert Disclosures | March 12, 2027 |
| Close of Expert Discovery | March 31, 2027 |
| Last Day to File Summary Judgment and *Daubert* Motions | April 20, 2027 |
| Hearing on Summary Judgment and *Daubert* Motions | June 1, 2027 |
| Final Pretrial Conference | August 26, 2027<br><br>Deadlines under Civil Pretrial Standing Order:<br>Deadline to Meet and Confer re Pretrial Filings:  July 26, 2027<br><br>Deadlines for Pretrial Filings:<br>August 5, 2027 and August 12, 2027 |
| Trial | September 13, 2027 |

**SO ORDERED.**

Dated: June 9, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

2